■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMINIE WOOLWORTH, on Behalf of GREGORY DAWSON, Petitioner, v DEPARTMENT OF CORRECTIONS, Respondent. [57 NYS3d 434]—Writ of habeas corpus in the nature of an application to release Gregory Dawson on his own recognizance pursuant to CPL 30.30 (2) (a) in connection with Kings County indictment No. 3873/16.

Adjudged that the writ is dismissed, without costs or disbursements.

The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30 (2) (a) (*see People ex rel. Smith v Warden, Anna M. Kross Ctr.*, 131 AD3d 1077, 1078 [2015]; *People ex rel. Yung-Mi Lee v Warden of Rikers Is. Correctional Facility*, 50 AD3d 931, 932 [2008]). Rivera, J.P., Dillon, Duffy and Iannacci, JJ., concur.